Motion to dismiss appeal granted. Motion to amend notice of appeal denied upon the ground that plaintiffs failed to take their appeal within the time limited by section 592 of the Civil Practice Act.

In the Matter of the Claim of NORMA CROWE, Appellant. DATES LAUNDRY SERVICE, INC., Respondent; EDWARD CORSI, as Industrial Commissioner, Appellant.

Argued March 5, 1953; decided April 23, 1953.

*Wilbur Daniels* and *Morris P. Glushien* for claimant-appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for Edward Corsi, as Industrial Commissioner, appellant.

*George R. Fearon* and *Charles E. Cooney, Jr.,* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.

BERNARD R. LIEBERMAN, Appellant, *v.* LUCILLE E. CHANCE, Respondent, et al., Defendants.

Argued April 8, 1953; decided April 23, 1953.